**SHELL OIL COMPANY, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 71–1200.

United States Court of Appeals, Ninth Circuit.

June 28, 1972.

David M. Heilbron (argued), Frederick W. Albers, Jonathan H. Sakol, of McCutchen, Doyle, Brown & Enersen, San Francisco, Cal., for petitioner.

Abigail Baskir (argued), Michael Henry Levin, Atty., Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Eugene G. Goslee, Acting Gen. Counsel, Washington, D. C., Roy O. Hoffman, Director, NLRB Region 20, San Francisco, Cal., Victor J. Van Bourg, of Levy & Van Bourg, San Francisco, Cal., for respondent.

Before ELY and GOODWIN, Circuit Judges, and SHARP, District Judge.*

PER CURIAM:

The Board's Decision and Order is reported at 186 NLRB No. 134. Believing that the Order is supported by substantial evidence, we have concluded that the arguments advanced in the respondent's Petition for Review should be rejected.

The Board's cross-petition for the enforcement of its Order is granted.[1]

---

* Honorable Morell E. Sharp, United States District Judge, Seattle, Washington, sitting by designation.

1. We have rejected the respondent's suggestion that we withhold the disposition of this cause pending the Supreme Court's final decision in respect to our court's opinion in N.L.R.B. v. International Van Lines, 448 F.2d 905 (9th Cir. 1971), cert.

**Junior BYRD, Individually and for the Use and Benefit of the Minor, Ivy Junior Byrd, Plaintiff-Appellant,**

v.

**LYKES BROTHERS STEAMSHIP COMPANY, Inc., Defendant-Appellee.**

No. 71–3500.

United States Court of Appeals, Fifth Circuit.

May 19, 1972.

H. Alva Brumfield, Sylvia Roberts, Brumfield & Brumfield, Baton Rouge, La., for plaintiff-appellant.

David W. Robinson, Baton Rouge, La. James L. Schupp, Jr., New Orleans, La., Peter T. Dazzio, Watson, Blanche, Wilson, Posner & Thibaut, Baton Rouge, La., for defendant-appellee.

Before RIVES, BELL and MORGAN, Circuit Judges.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC, 5 Cir., 1972, 457 F.2d 511.

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

---

granted, 405 U.S. 953, 92 S.Ct. 1177, 31 L.Ed.2d 230 (1972). The cases are clearly distinguishable. One obvious distinction is that in *International Van Lines*, the replacements were required for the employer to continue operations. In the present case, however, there is substantial evidence to support the finding that there was no similar bona fide replacement of the discharged employee.